FILED15 MAR'23 12:24USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00073-AN |
| v. | INDICTMENT |
| MICHAEL EUGENE SAVIGNON, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (b)(1)(C), 18 U.S.C. §§ 924(c)(1)(A), 924(d) |
| Defendant. | |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with the Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi))**

Beginning in February 2023, and continuing until on or about March 2, 2023, in the District of Oregon, **MICHAEL EUGENE SAVIGNON**, defendant herein, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

///

## COUNT 2
### (Possession with the Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1) and (b)(1)(C))

Beginning in February 2023, and continuing until on or about March 2, 2023, in the District of Oregon, **MICHAEL EUGENE SAVIGNON**, defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A))

On or about March 2, 2023, in the District of Oregon, **MICHAEL EUGENE SAVIGNON**, defendant herein, did knowingly possess firearms to wit, an AR-15 style rifle, Del-Ton DT1-15 bearing Serial No. B69135; a .380 Cal Hi-Point Rifle Model 3895 bearing Serial No. Y06875; a Glock Model 19 bearing Serial No. ALSU437; a Glock Model 32 bearing Serial No. BEFN755; a Springfield Armory XD-9 firearm bearing Serial No. XD955472; a small gray/black firearm without a Serial No., all in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute fentanyl and cocaine as alleged in Counts 1 and 2 of this indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FIRST FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Counts 1 and 2, **MICHAEL EUGENE SAVIGNON**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following: a money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the controlled substances distributed as alleged in Counts 1 and 2.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

 (1) cannot be located upon the exercise of due diligence;

 (2) has been transferred or sold to, or deposited with, a third person;

 (3) has been placed beyond the jurisdiction of the Court;

 (4) has been substantially diminished in value; or

 (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

/ / /

/ / /

/ / /

/ / /

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 3, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in each offense, including without limitation:

1. An AR-15 style rifle, Del-Ton DT1-15 bearing Serial No. B69135;
2. A .380 Cal Hi-Point Rifle Model 3895 bearing Serial No. Y06875;
3. A Glock Model 19 bearing Serial No. ALSU437;
4. A Glock Model 32 bearing Serial No. BEFN755;
5. A Springfield Armory XD-9 firearm bearing Serial No. XD955472;
6. A small gray/black firearm without a Serial No.

Dated: March 14, 2023

A TRUE [REDACTED]

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

*/s/ Kemp L. Strickland/*

KEMP L. STRICKLAND, OSB# 961185
Assistant United States Attorney